**UNITED STATES DISTRICT COURT**
                    **EASTERN DISTRICT OF MICHIGAN**
                         **SOUTHERN DIVISION**


UNITED STATES OF AMERICA,
        Plaintiff,

                                          Court Number: 98-100064
-VS-                                    Honorable: Robert H. Cleland
                                            Claim Number: 1997A13082

DAVID L. ROBERTS,
        Defendant
_____/


## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

                                                        s/Robert H. Cleland
                                                        ROBERT H. CLELAND
                                                        UNITED STATES DISTRICT JUDGE

DATED: April 16, 2010
_____

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on April 16, 2010.

                                                        s/Deborah J. Goltz
                                                       DEBORAH J. GOLTZ
                                                       Case Manager